ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sofyan Mohamed Abdelmageed Badr,<br>Petitioner,<br>v.<br>David R Rivas, et al.,<br>Respondents. | No. CV-25-03268-PHX-SPL (JFM)<br>**ORDER** |

Petitioner Sofyan Mohamed Abdelmageed Badr has filed a Petition for Writ of Habeas Corpus Under § 2241, a Motion to Appoint Counsel, and a Motion for Bail. (Docs. 1-3). The Court will grant the motion for counsel, and require Respondents to answer the Petition and motion bail.

In his Petition, Petitioner names San Luis Regional Detention Center Warden David R. Rivas; Immigrations and Customs Enforcement ("ICE") San Diego Field Director Gregory J. Archambeault; United States Attorney General Pamela J. Bondi, and United States Department of Homeland Security Secretary Kristi Noem as Respondents. Petitioner raises two grounds for relief.

Petitioner is a citizen of the Republic of Sudan. In June 2024, Petitioner fled Sudan after being tortured. He arrived in the United States and sought asylum. A border patrol agent, and, on appeal, an immigration judge, determined that he did not have a credible fear that qualified for asylum, and Petitioner was ordered removed from the United States; his removal order became final on June 28, 2024. However, Petitioner was not removed,

1 and, on July 19, 2024, he was released on parole to the care of friend.

2 Petitioner applied to ICE for a work permit to allow him to seek employment, and
3 engaged the help of an attorney to do so. Upon reviewing Petitioner's record, the attorney
4 concluded that he had been paroled into the United States because his removal could not
5 be effected due to the infeasibility of coordinating flights to Sudan.[1] In February 2025,
6 Petitioner received notice from USCIS to report to its San Diego office in order to provide
7 supporting biometrics for his work permit application. Petitioner did so, but was
8 nevertheless taken into custody, and has been detained ever since. He is currently detained
9 at the San Luis Regional Detention Center in San Luis, Arizona.

10 Accordingly, Petitioner asserts that his continued detention is effectively indefinite,
11 and thus violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Administrative Procedures
12 Act, and the Fifth Amendment.

13 The Court will require Respondents to answer the Petition and Motion for Bail.
14 (Docs. 1 and 3). Petitioner also moves for the appointment of counsel. (Doc. 2). The
15 Court finds the interests of justice support appointment of counsel in this matter and will
16 grant the motion. 18 U.S.C. § 3006A(a)(2)(B).

17 **IT IS ORDERED:**

18 (1) Petitioner's Motion for Appointment of Counsel (Doc. 2) is **granted**.
19 Assistant Federal Public Defender Daniel L. Kaplan is appointed to represent Petitioner in
20 this case pursuant to 18 U.S.C. § 3006A(a)(2)(B).

21 (2) Counsel for Petitioner must immediately serve the Petition upon
22 Respondents.

23 (3) If not already issued, the Clerk's Office must issue any properly completed
24 summonses.

25 (4) The Clerk of Court must immediately transmit by email a copy of this Order
26 and a copy of the Petition and Motion for Bail (Docs. 1 and 3) to the United States Attorney
27 for the District of Arizona, to the attention of Katherine Branch at

---

[1] Sudan has been at civil war for many years and is extremely unstable.

katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(5) Respondents must respond to the Motion for Bail within **fourteen (14) days** of the date of service.

(6) Respondents must answer the petition within **twenty (20) days** of the date of service.

(7) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(8) This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 15th day of September, 2025.

Honorable Steven P. Logan
United States District Judge